# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARTERIS S.A.S.,** | Case No.: C 12-00434 WHA (KAW) |
| Plaintiffs, | **ORDER** |
| vs. | |
| **SONICS, INC.,** | |
| Defendant. | |

AND RELATED COUNTERCLAIM

_____/

This case has been referred to the undersigned to oversee any discovery disputes that may arise. The parties are directed to comply with the undersigned's standing order, available at http://cand.uscourts.gov/kaw.

**IT IS SO ORDERED.**

DATE: May 1, 2012

_____
**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**