1 | BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
2 | KIMBERLY N. VAN VOORHIS (CA SBN 197486)
KVanVoorhis@mofo.com
3 | CHRISTOPHER F. JEU (CA SBN 247865)
CJeu@mofo.com
4 | ZAHRA HAYAT (CA SBN 262605)
ZHayat@mofo.com
5 | BENJAMIN PETERSEN (CA SBN 267120)
BPetersen@mofo.com
6 | MORRISON & FOERSTER LLP
755 Page Mill Road
7 | Palo Alto, California 94304-1018
Telephone: 650.813.5600
8 | Facsimile: 650.494.0792

9 | Attorneys for Defendant and Counterclaimant
SONICS, INC.
10
ADDITIONAL ATTORNEYS LISTED
11 | ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARTERIS, S.A.S.,

          Plaintiff,

     v.

SONICS, INC.,

          Defendant.

AND RELATED COUNTERCLAIMS

Case No.   3:12-CV-00434-WHA-(KAW)

**STIPULATION AND [PROPOSED] ORDER ISSUING REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

STIP AND [PROP] ORDER GRANTING REQUEST FOR INT'L ASSISTANCE PURSUANT TO HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA-(KAW)
pa-1538658

1   MARK D. FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
2   CHANG KIM (Bar No. 273393)
    changu.kim@dlapiper.com
3   DLA PIPER LLP (US)
4   2000 University Avenue
    East Palo Alto, CA 94303-2215
5   Tel: (650) 833-2000
    Fax: (650) 833-2001
6

7   GERALD T. SEKIMURA (Bar No. 96165)
    gerald.sekimura@dlapiper.com
8   DLA PIPER LLP (US)
    555 Mission Street, Suite 2400
9   San Francisco, CA 94105
    Tel: (415) 836-2500
10  Fax: (415) 836-2501

11
    KEVIN C. HAMILTON (Bar No. 269423)
12  kevin.hamilton@dlapiper.com
    DLA PIPER LLP (US)
13  401 B Street, Suite 1700
    San Diego, CA 92101
14  Tel: (619) 699-2700
    Fax: (619) 699-2701
15

16  Attorneys for Plaintiff and Counter-
    Defendant
17  ARTERIS S.A.S.

18

19

20

21

22

23

24

25

26

27

28

STIP AND [PROP] ORDER GRANTING REQUEST FOR INT'L ASSISTANCE PURSUANT TO HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa-1538658

1

Defendant and Counterclaimant Sonics, Inc. ("Sonics") and Plaintiff and Counter-Defendant Arteris, S.A.S. ("Arteris") (collectively, the "Parties") hereby stipulate and respectfully request as follows:

WHEREAS, on November 1, 2011, Sonics filed a complaint against Arteris, Inc., alleging infringement of United States Patents Nos. 6,182,183; 7,266,786; 7,277,975; 6,961,834; 7,191,273; 6,816,814; and 7,299,155 (collectively, the "Sonics Patents-in-Suit"). That action is currently pending before Judge Armstrong (Case No. 4:11-CV-05311-SBA).

WHEREAS, on January 27, 2012, Arteris, S.A.S. filed a countersuit, alleging infringement of United States Patents Nos. 7,574,629 and 7,769,027 (collectively, the "Arteris Patents-in-Suit").

WHEREAS, on March 2, 2012, Sonics filed counterclaims against Arteris, S.A.S. alleging that the Arteris Accused Products (including but not limited to the Arteris FlexNoC, Arteris FlexWay, Arteris NoCcompiler, FlexArtist, FlexExplorer, FlexVerifier, NoCverifier, and Danube Network on a Chip Intellectual Property Library), each infringe some or all of the Sonics Patents-in-Suit.

WHEREAS, the Parties have identified several individuals, including the named inventors of the Arteris Patents-in-Suit, likely to be in possession of relevant information.

WHEREAS, Mr. Cesar Douady, who resides and works in France, is a named inventor on both the Arteris Patents-in-Suit.

WHEREAS, the Parties believe that Mr. Douady possesses valuable information and documents regarding the inventorship and validity of the Arteris Patents-in-Suit.

WHEREAS, Sonics believes that as a former Chief Technology Officer of Arteris, S.A.S., Mr. Douady also possesses valuable information about the design and development of the Arteris Accused Products.

WHEREAS, Sonics intends to take Mr. Douady's deposition at a convenient date and time, preferably in late July, 2012. Arteris will also depose Mr. Douady at this time.

WHEREAS, the Parties also intend to request that Mr. Douady produce at his deposition any documents that are in his possession, custody or control and that pertain to (i) the Arteris

STIP AND [PROP] ORDER GRANTING REQUEST FOR INT'L ASSISTANCE PURSUANT TO HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA-(KAW)
pa-1538658

1


Patents-in-Suit, including, but not limited to, inventor notebooks or any documents showing conception or reduction to practice of the Arteris Patents-in-Suit; (ii) the design and development of the Arteris Accused Products; and (iii) any communications with Arteris regarding Sonics, or the *Sonics, Inc. v. Arteris, Inc*. (Case No. 4:11-CV-05311-SBA) or *Arteris, S.A.S. v. Sonics, Inc*. (Case No. 12-CV-00434-WHA) lawsuits.

Based on the foregoing, the Parties hereby stipulate and request that the Request for International Judicial Assistance, attached herewith as Exhibit A, be issued at the court's earliest convenience.

Dated: June 28, 2012          MORRISON & FOERSTER LLP

                              By:  /s/ Kimberly N. Van Voorhis
                                   KIMBERLY N. VAN VOORHIS

                              Attorneys for Defendant and
                              Counterclaimant
                              SONICS, INC.

Dated: June 28, 2012          DLA PIPER LLP (US)

                              By:  /s/ Mark Fowler
                                   MARK FOWLER

                              Attorneys for Plaintiff and
                              Counter-defendant
                              ARTERIS, S.A.S.

**DECLARATION OF CONSENT**

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from the other signatories.

Dated: June 28, 2012                    /s/ Kimberly N. Van Voorhis
                                        Kimberly N. Van Voorhis

STIP AND [PROP] ORDER GRANTING REQUEST FOR INT'L ASSISTANCE PURSUANT TO HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa-1538658

2

**[PROPOSED] ORDER ISSUING A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

The Parties' request is hereby GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

**DATE: July 3, 2012**

*[signature: Kandis Westmore]*

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**

STIP AND [PROP] ORDER GRANTING REQUEST FOR INT'L ASSISTANCE PURSUANT TO HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA-(KAW)
pa-1538658

3