| | |
|---|---|
| MARK D. FOWLER (Bar No. 124235) | BRYAN WILSON (CA SBN 138842) |
| mark.fowler@dlapiper.com | BWilson@mofo.com |
| CHANG KIM (Bar No. 273393) | KIMBERLY N. VAN VOORHIS (CA SBN 197486) |
| changu.kim@dlapiper.com | |
| SUMMER KRAUSE (Bar No. 264858) | KVanVoorhis@mofo.com. |
| summer.krause@dlapiper.com | CHRISTOPHER F. JEU (CA SBN 247865) |
| DLA PIPER LLP (US) | CJeu@mofo.com |
| 2000 University Avenue | BENJAMIN A. PETERSEN (CA SBN 267120) |
| East Palo Alto, CA 94303-2215 | BPetersen@mofo.com |
| Tel: (650) 833-2000 | MORRISON & FOERSTER LLP |
| Fax: (650) 833-2001 | 755 Page Mill Road |
| | Palo Alto, California 94304-1018 |
| GERALD T. SEKIMURA (Bar No. 96165) | Telephone: 650.813.5600 |
| gerald.sekimura@dlapiper.com | Facsimile: 650.494.0792 |
| DLA PIPER LLP (US) | |
| 555 Mission Street, Suite 2400 | Attorneys for Defendant and Counterclaimant |
| San Francisco, CA 94105 | SONICS, INC. |
| Tel: (415) 836-2500 | |
| Fax: (415) 836-2501 | |
| | |
| KEVIN C. HAMILTON (Bar No. 269423) | |
| kevin.hamilton@dlapiper.com | |
| DLA PIPER LLP (US) | |
| 401 B Street, Suite 1700 | |
| San Diego, CA 92101 | |
| Tel: (619) 699-2700 | |
| Fax: (619) 699-2701 | |

Attorneys for Plaintiff and Counter-Defendant
ARTERIS S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTERIS S.A.S. | CASE NO. C 12-00434 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |
| v. | |
| SONICS, INC. | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

Pursuant to paragraph 3 of the April 26, 2012 Case Management Order and Reference to Magistrate Judge for Discovery Supervision, Plaintiff and Counter-Defendant Arteris S.A.S. ("Arteris") and Defendant and Counterclaimant Sonics, Inc. ("Sonics") submit this Proposed Order Re Schedule for Claim Construction.

| Event | Date |
| --- | --- |
| Joint Claim Construction and Pre-Hearing Statement | September 7, 2012 |
| Opening Claim Construction Briefs | October 22, 2012 |
| Responsive Claim Construction Briefs | November 12, 2012 |
| Reply Claim Construction Briefs | November 19, 2012 |
| Claim Construction Hearing | December 12, 2012 |

In this case Arteris is asserting two patents against Sonics, and Sonics is asserting seven patents against Arteris. The Parties propose that Arteris and Sonics each be considered the moving party with respect to its own patents-in-suit for purposes of the claim construction briefing. The Parties therefore propose that:

(1) Arteris will file an opening claim construction brief as to its United States Patents Nos. 7,574,629 and 7,769,027 (collectively, the "Arteris Patents-in-Suit") and Sonics will file its opening claim construction brief as to its United States Patents Nos. 6,182,183, 7,266,786, 7,277,975, 6,961,834, 7,191,273, 6,816,814, and 7,299,155 (collectively, the "Sonics Patents-in-Suit") on October 22, 2012;

(2) Sonics will file its responsive claim construction brief on the Arteris Patents-in-Suit and Arteris will file its responsive claim construction brief on the Sonics Patents-in-Suit on November 12, 2012; and

(3) Arteris will file its reply claim construction brief on the Arteris Patents-in-Suit and

Sonics will file its reply claim construction brief on the Sonics Patents-in-Suit on November 19, 2012.

Dated: June 29, 2012

DLA PIPER LLP (US)

/s/ Summer Krause
Mark D. Fowler
Gerald T. Sekimura
Kevin C. Hamilton
Chang Kim
Summer Krause
Attorneys for Plaintiff
ARTERIS S.A.S.

Dated: June 29, 2012

MORRISON & FOERSTER LLP

/s/ Kimberly N. Van Voorhis
Bryan Wilson
Kimberly N. Van Voorhis
Christopher F. Jeu
Benjamin A. Petersen
Attorneys for Defendant and Counterclaimant
SONICS, INC.

**Attestation of Concurrence**

I, SUMMER KRAUSE, as the ECF user and filer of this document, attest that concurrence in the filing of this document has been obtained from KIMBERLY N. VAN VOORHIS.

Dated: June 29, 2012     By: /s/ Summer Krause
               Summer Krause

| | |
|---|---|
| 1 | |
| 2 | The Parties' Proposed Order Re Schedule for Claim Construction is hereby GRANTED. |
| 3 | IT IS SO ORDERED. |
| 4 | |
| 5 | Dated: July 9, 2012. |

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE