United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ARTERIS S.A.S.,                              No. C 12-00434 WHA

11                Plaintiff,

12      v.                                        **ORDER REGARDING SONICS'
                                                  INTENT TO RELATE CASES**
13   SONICS, INC.,

14                Defendant.

15   _____/

16          In a potentially related action involving seven of the nine patents at issue here, Judge

17   Saundra Armstrong has granted leave to file a motion to reconsider whether the cases, *Sonics,*

18   *Inc. v. Arteris, Inc.*, Case No. 4:11-CV-05311-SBA and *Arteris S.A.S v. Sonics, Inc.*, Case No.

19   12-CV-00434-WHA are related under Local Civil Rule 3-12.  By **NOON TOMORROW,** Sonics

20   shall state whether it intends to file a motion for reconsideration, and if so, when.

21

22          **IT IS SO ORDERED.**

23

24   Dated: October 31, 2012                      _____

25                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
26

27

28