IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTERIS S.A.S., | No. C 12-00434 WHA |
| Plaintiff, | |
| v. | **ORDER HOLDING MOTION TO STAY IN ABEYANCE** |
| SONICS, INC., | |
| Defendant. | |

In light of Sonics' representation that it intends to file shortly a motion to reconsider relating this action and the earliest-filed action before Judge Saundra Armstrong, *Sonics v. Arteris, Inc.*, Case No. 4:11-CV-05311-SBA, the motion to stay will be **HELD IN ABEYANCE** until November 29, 2012. The motion hearing will be held on **NOVEMBER 29 AT 8:00 A.M.** The hearing scheduled for November 8, is **VACATED**.

**IT IS SO ORDERED.**

Dated: November 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE