1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KIMBERLY N. VAN VOORHIS (CA SBN 197486)
   KVanVoorhis@mofo.com
3  CHRISTOPHER F. JEU (CA SBN 247865)
   CJeu@mofo.com
4  ZAHRA HAYAT (CA SBN 262605)
   ZHayat@mofo.com
5  MORRISON & FOERSTER LLP
   755 Page Mill Road
6  Palo Alto, California 94304-1018
   Telephone: 650.813.5600
7  Facsimile: 650.494.0792

8  Attorneys for Defendant and Counterclaimant
   SONICS, INC.
9
   ADDITIONAL ATTORNEYS LISTED
10 ON NEXT PAGE

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13               SAN FRANCISCO DIVISION

14

15 ARTERIS S.A.S.,                          Case No.   4:12-CV-00434-SBA (LB)

16              Plaintiff,                  **STIPULATION AND [PROPOSED]
                                            ORDER REQUESTING
17       v.                                 CANCELLATION OF DEPOSITION
                                            SCHEDULED PURSUANT TO
18 SONICS, INC.,                            REQUEST FOR INTERNATIONAL
                                            JUDICIAL ASSISTANCE PURSUANT
19              Defendant.                  TO THE HAGUE CONVENTION**

20

21 AND RELATED COUNTERCLAIMS

22 SONICS, INC., a Delaware corporation,    Related to:
                                            Case No. 4:11-05311-SBA (LB)
23              Plaintiff,

24       v.

25 ARTERIS, INC., a Delaware corporation,

26              Defendant.

27

28

1   MARK D. FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
2   CHRISTINE CORBETT (Bar No. 209128)
    christine.corbett@dlapiper.com
3   CHANG KIM (Bar No. 273393)
    changu.kim@dlapiper.com
4   DLA PIPER LLP (US)
5   2000 University Avenue
    East Palo Alto, CA 94303-2215
6   Tel: (650) 833-2000
7   Fax: (650) 833-2001

8   GERALD T. SEKIMURA (Bar No. 96165)
    gerald.sekimura@dlapiper.com
9   DLA PIPER LLP (US)
    555 Mission Street, Suite 2400
10  San Francisco, CA 94105
    Tel: (415) 836-2500
11  Fax: (415) 836-2501

12
    KEVIN C. HAMILTON (Bar No. 269423)
13  kevin.hamilton@dlapiper.com
    DLA PIPER LLP (US)
14  401 B Street, Suite 1700
    San Diego, CA 92101
15  Tel: (619) 699-2700
16  Fax: (619) 699-2701

17  Attorneys for Plaintiff and
    Counter-Defendant
18  ARTERIS S.A.S.

19

20

21

22

23

24

25

26

27

28

1    Defendant and Counterclaimant Sonics, Inc. ("Sonics") and Plaintiff and Counter-

2    Defendant Arteris, S.A.S. ("Arteris") (collectively, the "Parties") hereby stipulate and respectfully

3    request as follows:

4    WHEREAS, on June 28, 2012 the Parties stipulated to a Request for International Judicial

5    Assistance for the deposition of Mr. Cesar Douady, who resides and works in France, and is a

6    named inventor on both the Arteris Patents-in-Suit.

7    WHEREAS, on July 3, 2012 Magistrate Judge Kandis A. Westmore, to whom discovery

8    issues in this case were then assigned, granted the Parties' request, and issued a Request for

9    International Judicial Assistance.

10   WHEREAS, on or about January 2, 2013, Arteris S.A.S. received notification from the

11   French authorities that Mr. Douady's deposition had been scheduled for January 28, 2013, in

12   France.

13   WHEREAS, as of December 2012, Arteris S.A.S. has been engaged in meet-and-confer

14   communications with Sonics regarding Arteris S.A.S.'s request to dismiss its claims against

15   Sonics and Sonics's related declaratory judgment counterclaims of non-infringement and

16   invalidity without prejudice in the *Arteris, S.A.S. v. Sonics, Inc.* (Case No. 12-CV-00434-SBA)

17   lawsuit.

18   WHEREAS, in January, 2013, Sonics indicated that it would not agree to a stipulated

19   dismissal of Arteris S.A.S.'s claims against Sonics and Sonics's related declaratory judgment

20   counterclaims of non-infringement and invalidity without prejudice; as such, Arteris S.A.S.

21   intends to file a motion to dismiss its claims against Sonics and Sonics's related declaratory

22   judgment counterclaims of non-infringement and invalidity without prejudice in the *Arteris,*

23   *S.A.S. v. Sonics, Inc.* (Case No. 12-CV-00434-SBA) lawsuit.

24   WHEREAS, in view of this development, the Parties wish to postpone Mr. Douady's

25   deposition to avoid incurring unnecessary expenditure of resources.

26   WHEREAS, given administrative changes in the French Court system, the French Court

27   cannot postpone the deposition at this time but can instead cancel it at the direction of the U.S.

28   Courts.  *See* Declaration of Anne Sophie Dufetre in Support of Stipulation and [Prop.] Order

1   Requesting Cancellation of Deposition Scheduled Pursuant to Request for International Judicial

2   Assistance Pursuant to the Hague Convention, filed herewith.

3        WHEREAS, the Parties wish for the deposition to be cancelled, and will request a new

4   deposition at the appropriate time, if necessary.

5        WHEREAS, the Request for Cancellation of Deposition from this Court is required

6   urgently, in light of the fast-approaching scheduled deposition date of January 28, 2013.

7        WHEREAS, once this Court issues a Request for Cancellation of Deposition, the Parties

8   will have it translated and send both the original and the translated versions to the French

9   authorities.

10       Based on the foregoing, the Parties hereby stipulate and request that the Request for

11  Cancellation of Deposition, attached herewith as Exhibit A, be issued at the Court's earliest

12  convenience.

13  Dated:  January 21, 2013                MORRISON & FOERSTER LLP

14                                          By:   /s/ Kimberly N. Van Voorhis

15                                               KIMBERLY N. VAN VOORHIS

16                                          Attorneys for Defendant and
                                            Counterclaimant
17                                          SONICS, INC.

18  Dated: January 21, 2013                 DLA PIPER LLP (US)

19                                          By:   /s/ Christine K. Corbett

20                                               CHRISTINE K. CORBETT

21                                          Attorneys for Plaintiff and
                                            Counter-defendant
22                                          ARTERIS S.A.S.

23                   **DECLARATION OF CONSENT**

24       I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing

25  of this document has been obtained from the other signatories.

26

27  Dated:  January 21, 2013                 /s/ Kimberly N. Van Voorhis
                                            Kimberly N. Van Voorhis
28

**[PROPOSED] ORDER REGARDING REQUEST FOR CANCELLATION OF DEPOSITION SCHEDULED PURSUANT TO REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION**

The Parties' request is hereby GRANTED, and the Request for Cancellation of Deposition, attached herewith as Exhibit A, is ISSUED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____January 24, 2013_____          _____
                                            Hon. Laurel Beeler
                                            United States Magistrate Judge

# Exhibit A

BRYAN WILSON (CA SBN 138842)
BWilson@mofo.com
KIMBERLY N. VAN VOORHIS (CA SBN 197486)
KVanVoorhis@mofo.com
CHRISTOPHER F. JEU (CA SBN 247865)
CJeu@mofo.com
ZAHRA HAYAT (CA SBN 262605)
ZHayat@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: 650.813.5600
Facsimile: 650.494.0792

Attorneys for Defendant and Counterclaimant
SONICS, INC.

ADDITIONAL ATTORNEYS LISTED
ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARTERIS S.A.S.,<br><br>        Plaintiff,<br><br>   v.<br><br>SONICS, INC.,<br><br>        Defendant. | Case No.    4:12-CV-00434-SBA (LB)<br><br>**REQUEST FOR CANCELLATION OF DEPOSITION SCHEDULED PURSUANT TO REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION** |
| AND RELATED COUNTERCLAIMS | |
| SONICS, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>ARTERIS, INC., a Delaware Corporation,<br><br>        Defendant. | Related to:<br>Case No. 4:11-cv-05311 SBA (LB) |

1  MARK D. FOWLER (Bar No. 124235)
2  mark.fowler@dlapiper.com
   CHRISTINE CORBETT (Bar No. 209128)
3  christine.corbett@dlapiper.com
   CHANG KIM (Bar No. 273393)
4  changu.kim@dlapiper.com
   DLA PIPER LLP (US)
5  2000 University Avenue
   East Palo Alto, CA 94303-2215
6  Tel: (650) 833-2000
7  Fax: (650) 833-2001

8  GERALD T. SEKIMURA (Bar No. 96165)
   gerald.sekimura@dlapiper.com
9  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
10 San Francisco, CA 94105
   Tel: (415) 836-2500
11 Fax: (415) 836-2501

12
   KEVIN C. HAMILTON (Bar No. 269423)
13 kevin.hamilton@dlapiper.com
   DLA PIPER LLP (US)
14 401 B Street, Suite 1700
   San Diego, CA 92101
15 Tel: (619) 699-2700
   Fax: (619) 699-2701
16

17 Attorneys for Plaintiff and Counter-Defendant
   ARTERIS S.A.S.
18

19

20

21

22

23

24

25

26

27

28

| | | | |
|---|---|---|---|
| 1. | Sender: | | Office of the Clerk |
| | | | U.S. District Court for the Northern District of California |
| | | | San Francisco Courthouse, Courtroom C - 15th Floor |
| | | | 450 Golden Gate Ave., |
| | | | San Francisco, CA 94102 |
| 2. | Central Authority of the Requested State: | | Ministère de la Justice |
| | | | Direction des Affaires Civiles et du Sceau |
| | | | Bureau de l'entraide civile et commerciale internationale (D3) |
| | | | 13, Place Vendôme |
| | | | 75042 Paris Cedex 01 |
| | | | France |
| | | | Tel:  + 33 (1) 44 77 64 52 |
| 3. | Person to whom the executed request is to be returned: | | The Hon. Laurel Beeler |
| | | | U.S. Magistrate Judge |
| | | | U.S. District Court for the Northern District of California |
| | | | San Francisco Courthouse, Courtroom C - 15th Floor |
| | | | 450 Golden Gate Ave., |
| | | | San Francisco, CA 94102 |

On December 28, 2012, pursuant to a Request for International Judicial Assistance from the U.S. District Court for the Northern District of California, the French authorities issued a notice scheduling Mr. Cesar Douady's deposition for January 28, 2013, in France.  The notification is attached herewith as Attachment 1.  In light of Arteris S.A.S.'s intention to file a motion to dismiss its claims against Sonics (and Sonics's related declaratory judgment counterclaims of non-infringement and invalidity) without prejudice, the Parties respectfully request that Mr. Douady's deposition be cancelled at this time.  If it becomes necessary to depose Mr. Douady in the future, the Parties will follow the appropriate procedures to request this.  The Parties also respectfully request that this Request for Cancellation of Deposition be executed as expeditiously as possible in light of the fast-approaching scheduled deposition date of January 28, 2013.

Based on the foregoing, this Court therefore respectfully directs the French authorities to cancel Mr. Douady's January 28, 2013 deposition as soon as possible.

Date of Request:  January 21, 2013

Signature and seal of the requesting authority:

Hon. Laurel Beeler
United States Magistrate Judge

REQUEST FOR CANCELLATION OF DEPOSITION SCHEDULED PURSUANT TO THE HAGUE CONVENTION
CASE NO. 4:12-CV-00434-SBA (LB)
pa-1538263

1

# Attachment 1

TRIBUNAL DE GRANDE INSTANCE
DE NANTERRE
Extension du Palais de Justice
6 rue Pablo Néruda
92020 NANTERRE CEDEX

Nanterre, le 28 décembre 2012

1ère chambre civile
Tél : 01.40.97.11 01

ARTERIS S.A.S.
6 Parc Ariane - Immeuble Mercure
Boulevard des Chênes
78284 GUYANCOURT Cédex

Affaire N° 3:12-CV-00434-WHA (KAW)
Commission rogatoire civile
RG : 12/0023

Affaire :  Affaire :ARTERIS SAS représenté par Mark D. Fowler - Gerald T. Sekimura -Kevin C. Hamilton
C/ SONICS INC représenté par Bryan Wilson- Christopher F. Jeu - Kimberly N. Van Voorhis - Zahra Hayat - Benjamin Petersen - MORRISON & FOERSTER LLP

Nous vous informons que Monsieur Benoît CHAMOUARD, juge au Tribunal de grande instance de Nanterre commis pour l'exécution d'une commission rogatoire internationale émanant de la Cour de district des Etats Unis pour le district nord de Californie - Division de San Francisco, procédera à l'audition de Monsieur Cesar DOUADY,

**Le lundi 28 janvier 2013 à 10 heures  , salle 2.55**
Extension du Palais de Justice
6 rue Pablo Néruda 92020 NANTERRE

P/ Le juge,
Le greffier

1  BRYAN WILSON (CA SBN 138842)
   BWilson@mofo.com
2  KIMBERLY N. VAN VOORHIS (CA SBN 197486)
   KVanVoorhis@mofo.com
3  CHRISTOPHER F. JEU (CA SBN 247865)
   CJeu@mofo.com
4  ZAHRA HAYAT (CA SBN 262605)
   ZHayat@mofo.com
5  BENJAMIN PETERSEN (CA SBN 267120)
   BPetersen@mofo.com
6  MORRISON & FOERSTER LLP
   755 Page Mill Road
7  Palo Alto, California 94304-1018
   États-Unis
8  Téléphone : 650.813.5600
   Fax : 650.494.0792
9
   Avocats du défendeur et du demandeur reconventionnel
10 SONICS, INC.

11 AVOCATS SUPPLÉMENTAIRES RÉPERTORIÉS
   SUR LA PAGE SUIVANTE

12

13              COUR DE DISTRICT DES ÉTATS-UNIS

14              DISTRICT NORD DE CALIFORNIE

15              DIVISION DE SAN FRANCISCO

16

| | |
|---|---|
| 17  ARTERIS, S.A.S., | Affaire N° 3:12-CV-00434-WHA (KAW) |
| 18              Plaignant, | **DEMANDE D'ENTRAIDE** |
| 19     contre | **JUDICIAIRE INTERNATIONALE EN APPLICATION DE LA CONVENTION DE LA HAYE DU 18 MARS 1970 SUR** |
| 20  SONICS, INC., | **L'OBTENTION DES PREUVES À** |
| 21            Défendeur. | **L'ÉTRANGER EN MATIÈRE CIVILE OU COMMERCIALE** |
| 22 | |
| 23  ET DEMANDES RECONVENTIONNELLES ASSOCIÉES | |

24

25

26

27

28

1    MARK D. FOWLER (N° au barreau 124235)
     mark.fowler@dlapiper.com
2    CHANG KIM (N° au barreau 273393)
     changu.kim@dlapiper.com
3    DLA PIPER LLP (US)
     2000 University Avenue
4    East Palo Alto, CA 94303-2215
     États-Unis
5    Tél. : (650) 833-2000
     Fax : (650) 833-2001
6

7

   GERALD T. SEKIMURA (N° au barreau 96165)
8    gerald.sekimura@dlapiper.com
     DLA PIPER LLP (US)
9    555 Mission Street, Suite 2400
     San Francisco, CA 94105
10   États-Unis
     Tél. : (415) 836-2500
11   Fax : (415) 836-2501

12

   KEVIN C. HAMILTON (N° au barreau 269423)
13   kevin.hamilton@dlapiper.com
     DLA PIPER LLP (US)
14   401 B Street, Suite 1700
     San Diego, CA 92101
15   États-Unis
     Tél. : (619) 699-2700
16   Fax : (619) 699-2701

17

18   Avocats du plaignant et du défendeur
     reconventionnel
19   ARTERIS S.A.S.

20

21

22

23

24

25

26

27

28

REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa- 1541310pa-1538263

1

| | | | |
|---|---|---|---|
| 1 | 1. | Expéditeur : | Bureau du greffier<br>Cour de district des États-Unis pour le district nord de Californie<br>Oakland Courthouse, Courtroom 4 - 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612<br>États-Unis |
| 5 | 2. | Autorité centrale de l'État requis : | **Ministère de la Justice**<br>**Direction des Affaires Civiles et du Sceau**<br>**Bureau de l'entraide civile et commerciale internationale (D3)**<br>**13, Place Vendôme**<br>**75042 Paris Cedex 01**<br>**France**<br>**Tél. : + 33 (1) 44 77 64 52** |
| 9 | 3. | Personne à qui les pièces constatant l'exécution de la demande doivent être renvoyées : | The Hon. Kandis A. Westmore<br>Juge magistrat des États-Unis<br>Cour de district des États-Unis pour le district nord de Californie<br>Oakland Courthouse, Courtroom 4 - 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612<br>États-Unis |
| 14 | 4. | En conformité avec l'article 3 de la convention, le requérant soussigné a l'honneur de présenter la demande suivante : | |

| | | | | |
|---|---|---|---|---|
| 17 | 5. | a. | Autorité judiciaire requérante : | Cour de district des États-Unis pour le district nord de Californie<br>Oakland Courthouse, Courtroom 4 - 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612<br>États-Unis |
| 20 | | b. | À l'autorité compétente de : | France |
| 22 | | c. | Nom de l'affaire et numéro d'identification : | *Arteris, S.A.S. contre Sonics, Inc.*, Affaire N° 3:12-CV-00434-WHA (KAW) |
| 23 | 6. | | Identité et adresse des parties et de leurs représentants : | |
| 25 | | a. | Plaignants : | **Arteris, S.A.S.**<br>6 Parc Ariane – Immeuble Mercure<br>Boulevard des Chênes – 78284 Guyancourt Cedex – France<br><br>Représenté par :<br>Mark D. Fowler |

REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION<br>CASE NO. 3:12-CV-00434-WHA (KAW)<br>pa- 1541310pa-1538263

1

| | | |
|---|---|---|
| 1 | | Chang Kim |
| | | DLA PIPER LLP |
| 2 | | 2000 University Ave. |
| | | E. Palo Alto, CA  94303 |
| 3 | | États-Unis |
| | | Tél. :  (650)833-2000 |
| 4 | | Fax :  (650)833-2001 |
| 5 | | Gerald T. Sekimura |
| | | DLA PIPER LLP |
| 6 | | 555 Mission Street, Suite 2400 |
| | | San Francisco, CA 94105 |
| 7 | | États-Unis |
| | | Tél. : (415)836-2500 |
| 8 | | Fax : (415)836-2501 |
| 9 | | Kevin C. Hamilton |
| | | DLA PIPER LLP |
| 10 | | 401 B Street, Suite 1700 |
| | | San Diego, CA 92101 |
| 11 | | États-Unis |
| | | Tél. : (619)699-2700 |
| 12 | | Fax : (619)699-2701 |

13    b.    Défendeur et **Sonics, Inc.**
demandeur   890 N McCarthy Blvd # 220
14        reconventionnel :   Milpitas, CA 95035
         États-Unis

16                    <u>Représenté par :</u>
Bryan Wilson
17                    Christopher F. Jeu
Kimberly N. Van Voorhis
18                    Zahra Hayat
Benjamin Petersen
19                    MORRISON & FOERSTER LLP
755 Page Mill Road
20                    Palo Alto, CA  94304
Tél. : (650)813-600
21                    Fax : (650)494-0792

22    7.    Nature et objet de    Le défendeur et demandeur reconventionnel Sonics, Inc.
l'instance et exposé   (« Sonics ») est une société fondée en 1996. Sonics fournit
23        sommaire des faits :   une technologie et des outils de réseau sur puce (« NoC », de
l'anglais Network-on-Chip).  Les produits Sonics
24                    comprennent SonicsSX, SonicsLX, SNAP, Sonics3220 et
SonicsGN.

25

26                    Le plaignant et défendeur reconventionnel Arteris S.A.S.
(« Arteris ») est une société fondée en 2003 et une filiale de la
27                    société Arteris Holdings, Inc. basée aux États-Unis. Arteris
fournit une technologie et des outils de réseau sur puce.  Les
28                    produits NoC d'Arteris comprennent Arteris FlexNoC, Arteris
FlexWay, Arteris NoCcompiler, FlexArtist, FlexExplorer,

REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa- 1541310pa-1538263

2

FlexVerifier, NoCverifier et la bibliothèque de propriété intellectuelle des réseaux sur puce Danube.

Arteris, Inc. est une société fondée en 2004 et il s'agit également d'une filiale de la société Arteris Holdings, Inc. basée aux États-Unis. Arteris, Inc. fournit une technologie et des outils NoC. Les produits NoC d'Arteris comprennent Arteris FlexNoC, Arteris FlexWay, Arteris NoCcompiler, FlexArtist, FlexExplorer, FlexVerifier, NoCverifier et la bibliothèque de propriété intellectuelle des réseaux sur puce Danube.

Il existe deux affaires en cours impliquant les parties, les deux étant pendantes dans le district nord de Californie. *Sonics, Inc. contre Arteris, Inc.* (Affaire N° 4:11-CV-05311-SBA), en cours devant le juge Armstrong, et *Arteris, S.A.S. contre Sonics, Inc.* (Affaire N° 12-CV-00434-WHA), en cours devant le juge Alsup.

Le 1ᵉʳ novembre 2011, Sonics a déposé une plainte à l'encontre d'Arteris, Inc., alléguant une violation des brevets américains portant les numéros 6,182,183 (le « brevet 183 ») ; 7,266,786 (le « brevet 786 ») ; 7,277,975 (le « brevet 975 ») ; 6,961,834 (le « brevet 834 ») ; 7,191,273 (le « brevet 273 ») ; 6,816,814 (le « brevet 814 ») ; et 7,299,155 (le « brevet 155 ») (ensemble, les « brevets litigieux de Sonics ») par les produits d'Arteris mis en cause (incluant, sans se limiter à, Arteris FlexNoC, Arteris FlexWay, Arteris NoCcompiler, FlexArtist, FlexExplorer, FlexVerifier, NoCverifier, et la bibliothèque de priorité intellectuelle de réseaux sur puce Danube). Sonics a communiqué ses griefs de violation préliminaires, et Arteris, Inc. a communiqué ses griefs d'invalidité.

Le 27 janvier 2012, Arteris S.A.S. a déposé une plainte, alléguant une violation des brevets américains portant les numéros 7,574,629 et 7,769,027 (ensemble, « les brevets litigieux d'Arteris »). Cette affaire est assignée au juge Alsup. Depuis, Sonics a déposé des demandes reconventionnelles à l'encontre d'Arteris, S.A.S, alléguant que les produits mise en cause d'Arteris violent tous l'un ou l'ensemble des sept mêmes brevets invoqués par Sonics contre Arteris, Inc. dans l'affaire *Sonics contre Arteris, Inc.* Les parties ont communiqué leurs griefs de violation préliminaires le 10 mai 2012. Les parties ont communiqué leurs griefs d'invalidité les 25 et 26 juin 2012.

Les parties ont identifié plusieurs individus susceptibles d'être en possession d'informations pertinentes. Une catégorie importante des dits individus est constituée des inventeurs

REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa- 1541310pa-1538263

3

| | | | |
|---|---|---|---|
| 1 | | | désignés des brevets litigieux d'Arteris. M. Cesar Douady, résidant et travaillant en France, est un inventeur désigné des deux brevets litigieux d'Arteris. M. Douady est un ancien employé d'Arteris, S.A.S. |
| 2 | | | |
| 3 | | | |
| 4 | 8. | Preuves à obtenir ou autres actes judiciaires à accomplir : | Il est respectueusement demandé qu'une autorité judiciaire française demande à M. Douady de se présenter pour faire une déposition. Au regard des contraintes de calendrier des avocats, Sonics souhaiterait effectuer cette déposition de préférence fin juillet 2012 et demande par conséquent respectueusement que cette commission rogatoire soit exécutée aussi rapidement que possible. |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | 9. | Identité et adresse des personnes à entendre : | Cesar Douady |
| 9 | | | DxO Labs SA<br>3 rue Nationale<br>92100, Boulogne-Billancourt<br>France<br>Tél. : 33 1 55 20 55 99<br>Fax : 33 1 55 20 55 98 |
| 10 | | | |
| 11 | | | |
| 12 | 10. | Questions à poser ou faits sur lesquels les personnes susvisées doivent être entendues : | M. Douady sera entendu en son nom propre, en qualité d'inventeur des brevets litigieux d'Arteris. Le fait sur lequel M. Douady sera entendu s'apparente aux caractéristiques générales, à la qualité d'inventeur, à la violation alléguée et à la validité des brevets litigieux d'Arteris. M. Douady étant un ancien directeur de la technologie d'Arteris, S.A.S., il peut également être entendu sur la conception et le développement des produits d'Arteris mis en cause. |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | 11. | Documents ou objets à examiner : | Il est respectueusement demandé qu'une autorité judiciaire appropriée demande à M. Douady de produire, lors de sa déposition, tout document en sa possession, sous sa garde ou son contrôle, et qui s'apparente (i) aux brevets litigieux d'Arteris, incluant, mais sans s'y limiter, les carnets des inventeurs ou tout autre document présentant la conception ou la réalisation des inventions reflétées dans les brevets litigieux d'Arteris ; (ii) à la conception et au développement des produits d'Arteris mis en cause ; et (iii) à toute communication avec Arteris concernant Sonics, ou concernant les procès *Sonics, Inc. contre Arteris, Inc.* (Affaire N° 4:11-CV-05311-SBA) ou *Arteris, S.A.S. contre Sonics, Inc.* (Affaire N° 12-CV-00434-WHA). |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | 12. | Demande de recevoir la déposition sous serment ou avec affirmation et, le cas échéant, indication de la formule à utiliser : | Il est respectueusement demandé que les réponses de M. Douady aux questions qui lui sont posées soient données sous serment, une peine étant encourue en cas de faux témoignage. |
| 26 | | | |
| 27 | | | |
| 28 | 13. | Méthodes ou procédures | Aucune à cet instant. |

REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa- 1541310pa-1538263

4

spéciales à respecter :

14.  Demande de notification de la date et du lieu de l'exécution de la requête, ainsi que de l'identité et de l'adresse des personnes à informer :

**Arteris, S.A.S.**
6 Parc Ariane – Immeuble Mercure
Boulevard des Chênes – 78284 Guyancourt Cedex – France

Représenté par :
Mark D. Fowler
Chang Kim
DLA PIPER LLP
2000 University Ave.
E. Palo Alto, CA  94303
États-Unis
Tél. :  (650)833-2000
Fax :  (650)833-2001

Gerald T. Sekimura
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105
États-Unis
Tél. :  (415)836-2500
Fax :  (415)836-2501

Kevin C. Hamilton
DLA PIPER LLP
401 B Street, Suite 1700
San Diego, CA 92101
États-Unis
Tél. :  (619)699-2700
Fax :  (619)699-2701

**Sonics, Inc.**
890 N Mccarthy Blvd # 220
Milpitas, CA 95035
États-Unis

Représenté par :
Bryan Wilson
Christopher F. Jeu
Kimberly N. Van Voorhis
Zahra Hayat
Benjamin Petersen
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Tél. :  (650)813-600
Fax :  (650)494-0792

15.  Demande d'assistance ou de participation des magistrats de l'autorité requérante à l'exécution de la commission rogatoire :

Aucune à cet instant.

REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa- 1541310pa-1538263

5

| | | | |
|---|---|---|---|
| 1 | 16. | Spécification des dispenses ou interdictions de déposer prévues par la loi de l'État requérant : | M. Douady peut refuser de répondre à une question ou de produire un document demandé uniquement si le fait de le faire dévoilait une communication confidentielle avec son avocat ou un travail effectué sous la direction d'un avocat. |
| 4 | 17. | Les taxes et frais donnant lieu à remboursement, en vertu de l'article 14, alinéa 2, et de l'article 26 de la convention seront réglés par : | **Arteris, S.A.S.** 6 Parc Ariane -- Immeuble Mercure Boulevard des Chênes -- 78284 Guyancourt Cedex -- France |

**Arteris, S.A.S.**
6 Parc Ariane -- Immeuble Mercure
Boulevard des Chênes -- 78284 Guyancourt Cedex -- France

Représenté par :
Mark D. Fowler
Chang Kim
DLA PIPER LLP
2000 University Ave.
E. Palo Alto, CA  94303
États-Unis
Tél. : (650)833-2000
Fax : (650)833-2001

Gerald T. Sekimura
DLA PIPER LLP
555 Mission Street, Suite 2400
San Francisco, CA 94105
États-Unis
Tél. : (415)836-2500
Fax : (415)836-2501

Kevin C. Hamilton
DLA PIPER LLP
401 B Street, Suite 1700
San Diego, CA 92101
États-Unis
Tél. : (619)699-2700
Fax : (619)699-2701

**Sonics, Inc.**
890 N Mccarthy Blvd # 220
Milpitas, CA 95035
États-Unis

Représenté par :
Bryan Wilson
Christopher F. Jeu
Kimberly N. Van Voorhis
Zahra Hayat
Benjamin Petersen
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
Tél. : (650)813-600
Fax : (650)494-0792

REQUEST FOR INT'L JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION
CASE NO. 3:12-CV-00434-WHA (KAW)
pa- 1541310pa-1538263

6

1    18.    Date de la requête :

2    19.    Signature et sceau de
            l'autorité requérante :

3

4

5                                    _____
                                     Kandis A. Westmore
6                                    Juge magistrat des États-Unis

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# MERRILL CORPORATION



225 VARICK STREET
NEW YORK, NY 10014 • PHONE: (212) 620-5600

State of New York ⟩
État de New York ⟩ ss:
⟩ sc:
County of New York ⟩
Comté de New York

RECULE
16 JUIL. 20??
D3

## Certificate of Accuracy
## Certificat de conformité

This is to certify that the attached document is, to the best of our knowledge and belief, a true and accurate translation from the original English language into the French language.

La présente attestation certifie que le document joint écrit en langue d'origine anglaise, est, à notre vu et su, une traduction conforme, exacte et intégrale en langue française.

**Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on Taking of Evidence Abroad in Civil or Commercial Matters**

Dated: July 11, 2012
Date : 11 juillet 2012

_____
Roberto J. Millan
Project Manager – Legal Translations
Merrill Brink International/Merrill Corporation

_____[signé]_____
Roberto J. Millan
Chef de projet – Traductions juridiques
Merrill Brink International/Merrill Corporation

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2014

Sworn to and signed before
Assermenté auprès et signé devant
me, this _____11th_____day of
moi-même, ce___11_____de
_____July_____2011
juillet_____2011

_____
Notary Public
Notaire public

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD

1   BRYAN WILSON (CA SBN 138842)
    BWilson@mofo.com
2   KIMBERLY N. VAN VOORHIS (CA SBN 197486)
    KVanVoorhis@mofo.com
3   CHRISTOPHER F. JEU (CA SBN 247865)
    CJeu@mofo.com
4   ZAHRA HAYAT (CA SBN 262605)
    ZHayat@mofo.com
5   BENJAMIN PETERSEN (CA SBN 267120)
    BPetersen@mofo.com
6   MORRISON & FOERSTER LLP
    755 Page Mill Road
7   Palo Alto, California  94304-1018
    Telephone: 650.813.5600
8   Facsimile: 650.494.0792

9   Attorneys for Defendant and Counterclaimant
    SONICS, INC.

10
    ADDITIONAL ATTORNEYS LISTED
11  ON NEXT PAGE

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                       SAN FRANCISCO DIVISION

15

16  ARTERIS, S.A.S.,                    Case No.   3:12-CV-00434-WHA (KAW)

17                 Plaintiff,           REQUEST FOR INTERNATIONAL
                                        JUDICIAL ASSISTANCE PURSUANT
18                                      TO THE HAGUE CONVENTION OF 18
         v.                             MARCH 1970 ON TAKING OF
19                                      EVIDENCE ABROAD IN CIVIL OR
    SONICS, INC.,                       COMMERICAL MATTERS
20
                  Defendant.
21

22  AND RELATED COUNTERCLAIMS

23

24

25

26

27

28

MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CHANG KIM (Bar No. 273393)
changu.kim@dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: (650) 833-2000
Fax: (650) 833-2001

GERALD T. SEKIMURA (Bar No. 96165)
gerald.sekimura@dlapiper.com
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (415) 836-2500
Fax: (415) 836-2501

KEVIN C. HAMILTON (Bar No. 269423)
kevin.hamilton@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 699-2700
Fax: (619) 699-2701

Attorneys for Plaintiff and Counter-
Defendant
ARTERIS S.A.S.

| | | | |
|---|---|---|---|
| 1. | Sender: | | Office of the Clerk<br>U.S. District Court for the Northern District of California<br>Oakland Courthouse, Courtroom 4 - 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612 |
| 2. | Central Authority of the<br>Requested State: | | Ministère de la Justice<br>Direction des Affaires Civiles et du Sceau<br>Bureau de l'entraide civile et commerciale internationale (D3)<br>13, Place Vendôme<br>75042 Paris Cedex 01<br>France<br>Tel: + 33 (1) 44 77 64 52 |
| 3. | Person to whom the<br>executed request is to be<br>returned: | | The Hon. Kandis A. Westmore<br>U.S. Magistrate Judge<br>U.S. District Court for the Northern District of California<br>Oakland Courthouse, Courtroom 4 - 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612 |
| 4. | In accordance with Article<br>3 of the Convention, the<br>undersigned application<br>hast the honor to submit<br>the following request: | | |
| 5. | a. | Requesting judicial<br>authority: | U.S. District Court for the Northern District of California<br>Oakland Courthouse, Courtroom 4 - 3rd Floor<br>1301 Clay Street,<br>Oakland, CA 94612 |
| | b. | To the competent<br>authority of: | France |
| | c. | Name of case and<br>identifying number: | *Arteris, S.A.S. v. Sonics, Inc.*, Case No. 3:12-CV-00434-WHA<br>(KAW) |
| 6. | Names and addresses of<br>the parties and their<br>representatives: | | |
| | a. | Plaintiffs: | **Arteris, S.A.S.**<br>6 Parc Ariane – Immeuble Mercure<br>Boulevard des Chenes – 78284 Guyancourt Cedex – France<br><br>Represented by:<br>Mark D. Fowler<br>Chang Kim<br>DLA PIPER LLP<br>2000 University Ave.<br>E. Palo Alto, CA  94303<br>Tel.:  (650)833-2000<br>Fax:  (650)833-2001 |

| | | |
|---|---|---|
| 1 | | Gerald T. Sekimura<br>DLA PIPER LLP |
| 2 | | 555 Mission Street, Suite 2400<br>San Francisco, CA 94105 |
| 3 | | Tel: (415)836-2500<br>Fax: (415)836-2501 |
| 4 | | |
| 5 | | Kevin C. Hamilton<br>DLA PIPER LLP<br>401 B Street, Suite 1700 |
| 6 | | San Diego, CA 92101<br>Tel.: (619)699-2700 |
| 7 | | Fax: (619)699-2701 |
| 8 | b.   Defendant and | **Sonics, Inc.** |
| 9 | Counterclaimant: | 890 N McCarthy Blvd # 220<br>Milpitas, CA 95035 |
| 10 | | <u>Represented by:</u> |
| 11 | | Bryan Wilson<br>Christopher F. Jeu |
| 12 | | Kimberly N. Van Voorhis<br>Zahra Hayat |
| 13 | | Benjamin Petersen<br>MORRISON & FOERSTER LLP |
| 14 | | 755 Page Mill Road<br>Palo Alto, CA 94304 |
| 15 | | Phone: (650)813-600<br>Fax: (650)494-0792 |
| 16 | | |

7. Nature and purposes of the proceedings and summary of the facts:

Defendant and Counterclaimant Sonics, Inc. ("Sonics") was founded in 1996. Sonics provides network-on-a-chip ("NoC") technology and tools. Sonics' products include SonicsSX, SonicsLX, SNAP, Sonics3220, and SonicsGN.

Plaintiff and Counter-Defendant Arteris S.A.S. ("Arteris"), was founded in 2003 and is a subsidiary of U.S. based Arteris Holdings, Inc. Arteris provides NoC technology and tools. Arteris' NoC products include Arteris FlexNoC, Arteris FlexWay, Arteris NoCcompiler, FlexArtist, FlexExplorer, FlexVerifier, NoCverifier, and Danube Network on a Chip Intellectual Property Library.

Arteris, Inc. was founded in 2004 and is also a subsidiary of U.S. based Arteris Holdings, Inc. Arteris, Inc. provides NoC technology and tools. Arteris, Inc.'s NoC products include, Arteris FlexNoC, Arteris FlexWay, Arteris NoCcompiler, FlexArtist, FlexExplorer, FlexVerifier, NoCverifier, and Danube Network on a Chip Intellectual Property Library.

There are two lawsuits involving the parties, both pending in the Northern District of California: *Sonics, Inc. v. Arteris, Inc.* (Case No. 4:11-CV-05311-SBA), pending before Judge

Armstrong, and *Arteris, S.A.S. v. Sonics, Inc.* (Case No. 12-CV-00434-WHA), pending before Judge Alsup.

On November 1, 2011, Sonics filed a complaint against Arteris, Inc., alleging infringement of United States Patents Nos. 6,182,183 (the "'183 Patent"); 7,266,786 (the "'786 Patent"); 7,277,975 (the "'975 patent"); 6,961,834 (the "'834 Patent"); 7,191,273 (the "'273 Patent"); 6,816,814 (the "'814 Patent"); and 7,299,155 (the "'155 Patent") (collectively, the "Sonics Patents-in-Suit") by the Arteris Accused Products (including, but not limited to, Arteris FlexNoC, Arteris FlexWay, Arteris NoCcompiler, FlexArtist, FlexExplorer, FlexVerifier, NoCverifier, and Danube Network on a Chip Intellectual Property Library). Sonics has served its preliminary infringement contentions, and Arteris, Inc. has served its invalidity contentions.

On January 27, 2012, Arteris, S.A.S. filed a complaint, alleging infringement of United States Patents Nos. 7,574,629 and 7,769,027 (collectively, the "Arteris Patents-in-Suit"). This case is assigned to Judge Alsup. Sonics has since filed counterclaims against Arteris, S.A.S. alleging that the Arteris Accused Products each infringe some or all of the same seven patents Sonics is asserting against Arteris, Inc. in *Sonics v. Arteris, Inc.* The parties served their preliminary infringement contentions on May 10, 2012. The parties served their invalidity contentions on June 25 and 26, 2012.

The Parties have identified several individuals likely to be in possession of relevant information. An important category of such individuals is the named inventors of the Arteris Patents-in-Suit. Mr. Cesar Douady, who resides and works in France, is a named inventor on both the Arteris Patents-in-Suit. Mr. Douady is a former employee of Arteris, S.A.S.

| 8. | Evidence to be obtained or other judicial act to be performed: | It is respectfully requested that an appropriate French judicial authority ask Mr. Douady to appear for a deposition. Given the attorneys' scheduling constraints, Sonics would like to conduct this deposition preferably in late July, 2012, and therefore respectfully requests that this Letter of Request be executed as expeditiously as possible. |
| --- | --- | --- |
| 9. | Identity and address of any person to be examined: | Cesar Douady<br>DxO Labs SA<br>3 rue Nationale<br>92100, Boulogne-Billancourt<br>France<br>Phone: 33 1 55 20 55 99<br>Fax: 33 1 55 20 55 98 |

| | | |
|---|---|---|
| 10. | Questions to be put to the person to be examined or statement of the subject matter about which he is to be examined: | Mr. Douady will be examined in his personal capacity, as one of the inventors of the Arteris Patents-in-Suit. The subject matter about which Mr. Douady will be examined will pertain to the general characteristics, inventorship, alleged infringement and validity of the Arteris Patents-in-Suit. As Mr. Douady is also a former Chief Technology Officer of Arteris, S.A.S., he may also be examined on the design and development of the Arteris Accused Products. |
| 11. | Documents or other property to be inspected: | It is respectfully requested that an appropriate French judicial authority ask Mr. Douady to produce at his deposition any documents that are in his possession, custody or control and that pertain to (i) the Arteris Patents-in-Suit, including, but not limited to, inventor notebooks or any documents showing conception or reduction to practice of inventions reflected in the Arteris Patents-in-Suit; (ii) the design and development of the Arteris Accused Products; and (iii) any communications with Arteris regarding Sonics, or the *Sonics, Inc. v. Arteris, Inc.* (Case No. 4:11-CV-05311-SBA) or *Arteris, S.A.S. v. Sonics, Inc.* (Case No. 12-CV-00434-WHA) lawsuits. |
| 12. | Any requirement that the evidence be given on oath or affirmation and any specific form to be used: | It is respectfully requested that Mr. Douady's answers to the questions posed to him be under oath, under penalty of perjury. |
| 13. | Special methods or procedures to be followed: | None at this time. |
| 14. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified: | **Arteris, S.A.S.**<br>6 Parc Ariane – Immeuble Mercure<br>Boulevard des Chenes – 78284 Guyancourt Cedex – France<br><br>Represented by:<br>Mark D. Fowler<br>Chang Kim<br>DLA PIPER LLP<br>2000 University Ave.<br>E. Palo Alto, CA  94303<br>Tel.:  (650)833-2000<br>Fax:  (650)833-2001<br><br>Gerald T. Sekimura<br>DLA PIPER LLP<br>555 Mission Street, Suite 2400<br>San Francisco, CA  94105<br>Tel:  (415)836-2500<br>Fax:  (415)836-2501 |

1        Kevin C. Hamilton
         DLA PIPER LLP
2        401 B Street, Suite 1700
         San Diego, CA 92101
3        Tel.: (619)699-2700
         Fax: (619)699-2701
4
         **Sonics, Inc.**
5        890 N Mccarthy Blvd # 220
         Milpitas, CA 95035
6
         Represented by:
7        Bryan Wilson
         Christopher F. Jeu
8        Kimberly N. Van Voorhis
         Zahra Hayat
9        Benjamin Petersen
         MORRISON & FOERSTER LLP
10       755 Page Mill Road
         Palo Alto, CA 94304
11       Phone: (650)813-600
         Fax: (650)494-0792
12

| | | | |
|---|---|---|---|
| 13 | 15. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request: | None at this time. |
| 16 | 16. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin: | Mr. Douady may refuse to answer a question or produce a requested document only where doing so would disclose a privileged communication with counsel or where doing so would disclose work performed under the direction of an attorney. |
| 19 | 17. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by: | **Arteris, S.A.S.** 6 Parc Ariane – Immeuble Mercure Boulevard des Chenes – 78284 Guyancourt Cedex – France Represented by: Mark D. Fowler Chang Kim DLA PIPER LLP 2000 University Ave. E. Palo Alto, Ca 94303 Tel.: (650)833-2000 Fax: (650)833-2001 Gerald T. Sekimura DLA PIPER LLP 555 Mission Street, Suite 2400 San Francisco, CA 94105 Tel: (415)836-2500 Fax: (415)836-2501 |

1        Kevin C. Hamilton
         DLA PIPER LLP
2        401 B Street, Suite 1700
         San Diego, CA  92101
3        Tel.:  (619)699-2700
         Fax:  (619)699-2701
4
         **Sonics, Inc.**
5        890 N Mccarthy Blvd # 220
         Milpitas, CA 95035
6
         Represented by:
7        Bryan Wilson
         Christopher F. Jeu
8        Kimberly N. Van Voorhis
         Zahra Hayat
9        Benjamin Petersen
         MORRISON & FOERSTER LLP
10        755 Page Mill Road
         Palo Alto, CA  94304
11        Phone:  (650)813-600
         Fax:  (650)494-0792
12

13  18.  Date of Request:     July 3, 2012

14  19.  Signature and seal of the
       requesting authority:
15

16

17            Kandis A. Westmore
            United States Magistrate Judge
18

19

20

21

22

23

24

25

26

27

28